IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03287-MJW

FRISCO STATION COMMERCIAL CONDOMINIUM ASSOCIATION,

Plaintiff,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Attorney Jonathan Allen's Motion to Withdraw as Counsel for the Charter Oak Fire Insurance Company (Docket No. 27) is GRANTED. Mr. Allen is withdrawn as counsel for Defendant, and the Clerk of Court is ordered to remove Mr. Allen from electronic notification in this matter.

Date: May 4, 2015