IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03287-MJW

FRISCO STATION COMMERCIAL CONDOMINIUM ASSOCIATION,

Plaintiff,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion to Withdraw Appearance of John M. Owen as Counsel for Plaintiff **(Docket No. 32)** is **GRANTED**.  Attorney John M. Owen is WITHDRAWN from this case.  The Clerk of Court is directed to remove Mr. Owen from electronic notification in this matter.

- Defendant's Unopposed Motion to Extend Discovery Deadlines **(Docket No. 31)** is **GRANTED** for good cause shown.  The Court notes that the motion does not include any statement of compliance with D.C.COLO. LCivR 6.1(c).  <u>Further extensions will not be granted absent a certification of compliance</u>.

- The Scheduling Order **(Docket No. 24)** is **AMENDED** such that:

    - Expert disclosures are due August 3, 2015;
    - Written discovery must be served by September 2, 2015;
    - Rebuttal experts are due September 3, 2015;
    - The discovery cut-off is October 5, 2015; and
    - Dispositive motions are due November 4, 2015.

Date: May 21, 2015