IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03287-MJW

FRISCO STATION COMMERCIAL CONDOMINIUM ASSOCIATION,

Plaintiff,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Compel Discovery Responses (Docket No. 48) is GRANTED IN PART and DENIED IN PART, as follows:

- On or before December 15, 2015, Defendant shall provide full and complete responses to Requests for Production 9 and 10 (*see* Docket No. 48-3, pp.12-13).  *See Colorado Hosp. Serv., Inc. v. Auto-Owners Ins. Co.*, No. 14-CV-01858-WJM-BNB, 2015 WL 4497437, at *2 (D. Colo. Jan. 28, 2015).

- Plaintiff's Requests for Production 13, 14, and 15 are overly broad and unduly burdensome because they are not limited in scope to individuals involved in the handling of Plaintiff's claim; Plaintiff's assertion of bad-faith claims does not entitle Plaintiff to a free-ranging examination of the entirety of Defendant's business practices and strategies.  *See id.*

Date: November 23, 2015