IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03287-MJW

FRISCO STATION COMMERCIAL CONDOMINIUM ASSOCIATION,

Plaintiff,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Notice of Settlement (Docket No. 63), it is hereby ORDERED that:

- Defendant's Motion to Exclude Expert Testimony of Derek O'Driscoll **(Docket No. 51)** is DENIED AS MOOT;

- Defendant's deadline to comply with the Court's November 23, 2015, Order (as extended by the Court's December 16, 2015 Order) is STAYED pending further order of Court; and

- On or before January 21, 2016, the parties SHALL FILE stipulated dismissal papers under Fed. R. Civ. P. 41(a).

Date: December 18, 2015